In the Matter of Franklin A. Carney, Appellant, against New York State Department of Correction, by Walter B. Martin, as Warden of Attica Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order dismissing a petition in a pro-

ceeding to compel defendant to credit petitioner with time served by him in Federal Prison.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ. [198 Misc. 554.] [See *post*, p. 1043.]